FILED

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0388

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0388

In the matter of:

M.S.-L.,

YOUTH IN NEED OF CARE.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 2, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 27 2024